IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 7:11-CR-10 (HL) |
|---|---|---|
| v. | : | |
| JOSEPH LONON | : | |
| _____ | : | |

## ORDER

Upon the motion of the government, and for the reasons stated above, the pending indictment against **JOSEPH LONON** is hereby dismissed.

SO ORDERED this 1st day of July, 2011.

     s/Hugh Lawson
    HUGH LAWSON
    UNITED STATES DISTRICT COURT JUDGE


Presented by:

s/MICHAEL K. DENNARD
BAR NO. 217757
ASSISTANT UNITED STATES ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
MIDDLE DISTRICT OF GEORGIA
P.O. BOX 1702
MACON, GEORGIA 31202
Telephone: (478) 752-3511
Fax: (478) 621-2655